# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NOS. 3:08cv531 & 3:09cv98

| | |
|---|---|
| CARLOS REYES RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CHARLOTTE-MECKLENBURG ) | |
| UTILITY DEPARTMENT and CITY ) | |
| OF CHARLOTTE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| CARLOS REYES RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Consolidate [Civil Action No. 3:08cv531, Doc. 7; Civil Action No. 3:09cv98, Doc. 4].

For the reasons stated in the Defendant's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Motion to Consolidate [Civil Action No. 3:08cv531, Doc. 7; Civil Action No. 3:09cv98, Doc. 4] is **ALLOWED**, and these two civil actions are hereby **CONSOLIDATED,** in accordance with Rule 42(a) of the Federal Rules of Civil Procedure, to proceed before the undersigned. Civil Case No. 3:08cv531 is hereby designated the lead case, and Civil Case No. 3:09cv98 is closed. Pursuant to Local Rule 5.2.1(D), all future proceedings will be docketed and filed in the designated lead case only. Magistrate Judge Keesler shall be assigned as the referral judge in the consolidated case.

As a result of the consolidation the parties' prior consent ot the jurisdiction of the Magistrate Judge in 3:08cv531 is no longer operative. If the parties consent to have this consolidated matter tried before Magistrate Judge Keesler pursuant to 28 U.S.C. § 636(c), the parties shall file a joint stipulation of such consent no later than **April 23, 2009**.

**IT IS SO ORDERED.**     Signed: April 7, 2009

Martin Reidinger
United States District Judge