# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv531

| | |
|---|---|
| **CARLOS REYES RODRIGUEZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **CITY OF CHARLOTTE-MECKLENBURG** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Court has been advised by counsel for the Defendant that the matter has been settled and that the parties are preparing settlement documents which will allow for the dismissal of this claim. The Court will, therefore, require the parties to file a stipulation of dismissal on or before thirty days from entry of this Order.

**IT IS, THEREFORE, ORDERED** that on or before thirty (30) days from entry of this Order, the parties shall file their stipulation of dismissal in this matter.

Signed: June 23, 2009

Martin Reidinger
United States District Judge

United States District Judge

Signed: June 23, 2009